UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                 :

LORRAINE G. GRACE, et al.,         :       Case No. 04 CV 708  (DGT)

               Plaintiffs,    :

      -against-              :      **JUDGMENT FOR COSTS**

BANK LEUMI TRUST COMPANY    :
OF NEW YORK, et al.,          :

               Defendants.   :
----------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★  JUL 11 2006  ★

BROOKLYN OFFICE

A Bill of Costs under 28 U.S.C. § 1920 having been duly filed on June 8, 2006 pursuant to a Mandate from the United States Court of Appeals for the Second Circuit, and said costs having been taxed in the amount of $525.00 on April 14, 2006, and

No motion to review the taxation of costs under Rule 39(d)(3) of the Federal Rules of Appellate Procedure having been made, and the time for any such motion having expired.

Therefore, in accordance with the taxation of costs, it is hereby

**ADJUDGED** that Bank Leumi USA (f/k/a Bank Leumi Trust Company of New York), have and recover the sum of $525.00 from Lorraine G. Grace, individually and as Executrix of the Estate of Oliver R. Grace; Gerald I. White, Trustee under the Will of Morgan H. Grace for the Marital Deduction Trust; Gerald I White, Trustee under the Will of Morgan H. Grace for the Non-Marital Deduction Trust; Gerald I White, Trustee under the Will of Morgan H. Grace for the Generation Skipping Trust; and Gerald I. White, Trustee of the John E. Grace Trust, as costs in this matter in addition to any and other relief previously granted in this matter.

513231;1

July 11,
Dated: ~~June~~ ___, 2006

s/Robert C. Heinemann

ROBERT C. HEINEMANN, Clerk
United States District Court
Eastern District of New York

by:_____
        Deputy Clerk

513231;1